UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jeremiah Pahl Reyes<br><br>Defendant. | CASE NO.CR00-105RSM<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on May 4th, 2005. The United States was represented by Floyd G. Short, defendant was represented by Walter G. Palmer. The proceedings were recorded on cassette tape.

## CONVICTION AND SENTENCE

Defendant had been convicted of Bank Fraud on or about November 29th, 2000. The Hon. Barbara J. Rothstein of this court sentenced defendant to four months of confinement, followed by five years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions and various special conditions.

## ALLEGED VIOLATIONS AND THE DEFENDANT'S ADMISSION

USPO Catherine E. Sandstrom alleged that defendant violated the conditions of supervised

PROPOSED FINDINGS
PAGE -1-

release in two respect(s):

(1) Committing the crime of disorderly conduct on or about February 6, 2005 in violation of the general condition he not commit any federal, state, or local crimes.

(2) Consuming alcohol on or about February 6, 2005 in violation of the special condition he abstain from the use of alcohol and/or other intoxicants during the term of supervision.

At an initial hearing, I advised the defendant of these charges and of his constitutional rights. At today's hearing defendant admitted the violations #1, 2 waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Hon. Ricardo S. Martinez.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged; and set the matter for a disposition hearing.

Defendant has been released pending a final determination by the court.

DATED this 4th day of May, 2005.

<br>

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         : Hon. Ricardo S. Martinez
    Assistant U.S. Attorney  : Floyd G. Short
    Defense Attorney         : Walter G. Palmer
    U. S. Probation Officer  : Catherine E. Sandstrom

PROPOSED FINDINGS
PAGE -2-